UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
July 16, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DOUGLAS GREGORY EDWARDS,<br><br>    Defendant. | Case No.  2:20-MJ-00102-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>DOUGLAS GREGORY EDWARDS</u> ,

Case No. <u> 2:20-MJ-00102-CKD </u> Charge <u> 18USC § 1855 & 1856 </u> , from custody for the following reasons:

   _____ Release on Personal Recognizance

   _____ Bail Posted in the Sum of $ _____

   __xx___ Unsecured Appearance Bond $   25,000.00

   _____ Appearance Bond with 10% Deposit

   _____ Appearance Bond with Surety

   _____ Corporate Surety Bail Bond

   __X___ (Other): <u>Pretrial conditions as stated on the record.</u>

**The defendant shall be released on July 17, 2020 at 8:30 a.m. to Pretrial Services Officer.**

Issued at Sacramento, California on July 16, 2020 at 2:00 pm

            By: _____

               Magistrate Judge Allison Claire