McGREGOR W. SCOTT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00218-KJM |
| Plaintiff, | STIPULATION AND ORDER RE SUBMISSION OF ELECTRONIC SIGNATURES |
| v. | |
| DOUGLAS GREGORY EDWARDS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its attorney of record, and defendant Douglas Gregory Edwards, both individually and by and through his counsel of record, hereby stipulate as follows and request that the Court make the following findings:

1. Pursuant to court order, the defendant is currently on pretrial release on the condition that he remain confined to his parents' residence in Oakland, California. ECF No. 14.

2. Obtaining actual signatures from the defendant would be both impracticable and imprudent in light of safety measures in place across the State of California to combat the COVID-19 public health pandemic.

3. The defendant has consulted with his counsel regarding this stipulation and the use of counsel's electronic signature to file documents on the defendant's behalf.

///

4. Pursuant to General Order 616, the defendant consents to his counsel electronically signing the following documents on his behalf: i) the waiver of indictment form and ii) the waiver of personal appearance for the arraignment on the information and consent to appear via videoconference (if a written waiver is required by the Court).

IT IS SO STIPULATED.

Dated:  November 18, 2020      McGREGOR W. SCOTT
                               United States Attorney

                               /s/ SAM STEFANKI
                               SAM STEFANKI
                               Assistant United States Attorney


Dated:  November 18, 2020      /s/ CHRISTINA SINHA
                               CHRISTINA SINHA
                               Counsel for Defendant
                               DOUGLAS GREGORY EDWARDS


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of November, 2020, that, pursuant to General Order 616, counsel for the defendant is authorized to sign the above referenced documents in this case on her client's behalf using defense counsel's electronic signature.

Dated:  November 19, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE