HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
DOUGLAS GREGORY EDWARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS GREGORY EDWARDS,<br><br>Defendant. | Case No.  2:20-CR-218-DAD<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE**<br><br>Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Samuel Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Edwards, that the conditions of release previously set by the Court may be modified as detailed below, and respectfully request the Court to modify the conditions accordingly.  The Pretrial Services officer is in agreement with the modification.  The parties specifically stipulate as follows:

1. The detention hearing in this case was heard on July 16, 2020.  ECF No. 13.  Mr. Edwards was ordered released on a series of conditions.  ECF Nos. 14, 15.

2. Mr. Edwards now wishes to change his living situation, which would relocate him from his current residence in Oakland, California to the proposed residence in Sacramento, California.  The proposed residence is at the House of Hope, in a home

that has six male housemates total, two per room.  One of the residents is a house manager, and there is a backup house manager available.  There are cameras inside the home, and tenants are required to sign in and out when they leave or return to the residence.  In addition to any drug testing ordered by Pretrial Services, House of Hope also requires compliance with drug testing.  No minors are allowed in the home under any circumstances.

3. The defense requests that the following conditions of release at ECF No. 14 be modified accordingly:

   a. Condition 4 (requiring a third party custodian) may be deleted.

   b. Condition 5 may be modified to read: "You must reside at the House of Hope in Sacramento, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer."  It will become Condition 2 in the new list of conditions.

   c. Condition 7 may be modified to read: "You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer."  It shall be renumbered as Condition 4.

4. The Pretrial Services officer has been in communication with House of Hope, has verified the above release plan, and is amenable to the proposed modifications.

5. The government does not object to the above proposal.

The remainder of this page is intentionally blank.  Signature blocks immediately follow.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: October 6, 2022 | */s/ Christina Sinha*<br>CHRISTINA SINHA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>DOUGLAS GREGORY EDWARDS |
| Date: October 6, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
|  | */s/ Samuel Stefanki*<br>SAMUEL STEFANKI<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: October 7, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE