```
HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
```

Attorneys for Defendant
DOUGLAS GREGORY EDWARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:20-CR-218-DAD |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |
| DOUGLAS GREGORY EDWARDS, | Judge: Jeremy D. Peterson |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Samuel Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Edwards, that the conditions of release previously set by the Court may be modified as detailed below, and respectfully request the Court to modify the conditions accordingly. The Pretrial Services officer is in agreement with the modification.

The parties specifically stipulate as follows:

1. The detention hearing in this case was heard on July 16, 2020. ECF No. 13. Mr. Edwards was ordered released on a series of conditions. ECF Nos. 14, 15.

2. By stipulation, and with the consent of Pretrial Services, the parties recently requested a change to Mr. Edwards' living situation to relocate him from Oakland to Sacramento. That stipulation was approved by the Court. *See* ECF Nos. 60, 61.

3. Since this move, Pretrial Services has become aware of availability of bed space at another Sacramento facility that Pretrial Services is very familiar with and which Pretrial Services has deemed suitable for Mr. Edwards.  The defense agrees that the new facility is a better environment for Mr. Edwards, and is therefore requesting that Mr. Edwards be allowed to move to the new residence.  The government does not oppose the change.

4. The defense therefore respectfully requests that Condition 2 of Mr. Edwards' current Conditions of Release (at ECF No. 60, Attachment 1) be modified to read: "You must reside at a residence in Sacramento pre-approved by Pretrial Services, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer."

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 13, 2022       /s/ Christina Sinha
                             CHRISTINA SINHA
                             Assistant Federal Defender
                             Attorneys for Defendant
                             DOUGLAS GREGORY EDWARDS

Date: October 13, 2022       PHILLIP A. TALBERT
                             United States Attorney

                             /s/ Samuel Stefanki
                             SAMUEL STEFANKI
                             Assistant United States Attorney
                             Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: October 17, 2022

_____
Honorable Jeremy D. Peterson
United States Magistrate Judge