1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   CHRISTINA SINHA, SBN 278893
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, Third Floor
4   Sacramento, CA 95814
    T: (916) 498-5700
5   F: (916) 498-5710

6   Attorneys for Defendant
    DOUGLAS GREGORY EDWARDS
7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,        ) Case No.  2:20-CR-218-DAD
11                                   )
                  Plaintiff,         ) **STIPULATION AND ORDER TO SET CHANGE**
12                                   ) **OF PLEA HEARING**
                  vs.                )
13                                   ) Judge: Hon. Dale A. Drozd
    DOUGLAS GREGORY                  )
14        EDWARDS,                   )
                                     )
15            Defendant.             )

16          IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip

17  A. Talbert, through Assistant United States Attorney Samuel Stefanki (counsel for Plaintiff), and

18  Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha (counsel

19  for Mr. Edwards), that a change of plea hearing may be set in this matter on **July 18, 2023, at 9:30**

20  **a.m.**  The parties specifically stipulate as follows:

21          1.      On February 28, 2023, the parties appeared before the Court for a status conference.

22                  The parties requested to set the matter for trial on January 22, 2024, but informed

23                  the Court that the parties anticipated the matter would resolve via plea agreement

24                  well before then.  The parties also requested a time exclusion under Local Code T-

25                  4 through and including January 22, 2024.  The Court granted the parties' requests.

26                  ECF No. 68.

27          2.      After conferring with the Courtroom Deputy, and by stipulation, the parties now

28

1   move to set this matter for a change of plea hearing.  The government provided the

2   defense with a plea agreement, which Mr. Edwards and defense counsel signed on

3   June 30, 2023.   The unsigned version of this was provided to the Court via

4   electronic mail on July 05, 2023.  The parties plan to present the Court with the

5   hard copy original plea agreement (with both parties' wet signatures) in advance of

6   the Change of Plea hearing.

7       3.      Time has already been excluded up to (and including) January 22, 2024, so no

8   further exclusion of time is needed at this time.

9

10                                                  Respectfully submitted,

    HEATHER E. WILLIAMS
11                                                  Federal Defender

12  Date: July 5, 2023                              /s/  Christina Sinha
                                                    CHRISTINA SINHA
13                                                  Assistant Federal Defender
                                                    Attorneys for Defendant
14                                                  DOUGLAS GREGORY EDWARDS

15

16  Date: July 5, 2023                              PHILLIP A. TALBERT
                                                    United States Attorney
17

18                                                  /s/ Samuel Stefanki
                                                    SAMUEL STEFANKI
19                                                  Assistant United States Attorney
                                                    Attorneys for Plaintiff
20

21

22

23

24

25

26

27

28

1

**O R D E R**

2        The Court, having received and considered the parties' stipulation, and good cause

3    appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5        IT IS SO ORDERED.

6    Dated:   **July 10, 2023**

_____
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28