PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00218-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING SENTENCING; ORDER |
| v. | |
| DOUGLAS GREGORY EDWARDS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 24, 2023.

2. By this stipulation, the defendant now moves to reset the matter for sentencing on February 13, 2024, and to reset the following deadlines:

　　a) A draft Presentence Investigation Report ("PSR") shall be filed on or before January 2, 2024;

　　b) Informal objections to the draft PSR shall be provided to the assigned probation officer on or before January 16, 2024;

　　c) A final PSR shall be filed on or before January 23, 2024;

///

        d)      Formal objections to and any motion for correction of the final PSR shall be filed on or before January 30, 2024; and

        e)      Oppositions to any such motions for correction of the PSR shall be filed on or before February 6, 2024.

3.      The parties stipulate that this continuance is required for the defense and the assigned probation officer to have adequate time to prepare for the sentencing hearing.

4.      The government has no objection to this request.

IT IS SO STIPULATED.

Dated:  October 18, 2023                       PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ SAM STEFANKI
                                                  SAM STEFANKI
                                                  Assistant United States Attorney

Dated:  October 18, 2023                       /s/ CHRISTINA SINHA
                                                  CHRISTINA SINHA
                                                  Counsel for Defendant
                                                  DOUGLAS EDWARDS

## ORDER

The judgment and sentencing hearing in this matter is hereby RESET for February 13, 2024. The Court hereby ADOPTS the schedule for preparation of a Presentence Investigation Report as proposed in the parties' stipulation.

IT IS SO ORDERED.

Dated:  **October 19, 2023**                       _/s/ Dale A. Drozd_
                                                  DALE A. DROZD
                                                  UNITED STATES DISTRICT JUDGE