HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
DOUGLAS GREGORY EDWARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS GREGORY EDWARDS,<br><br>Defendant. | Case No. 2:20-CR-218-DAD<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE**<br><br>Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Samuel Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Edwards, that the conditions of release previously set by the Court may be modified as detailed below, and respectfully request the Court to modify the conditions accordingly. The Pretrial Services Officer is in agreement with the modification.

The parties specifically stipulate as follows:

1. The detention hearing in this case was heard on July 16, 2020. ECF No. 13. Mr. Edwards was ordered released on a series of conditions. ECF Nos. 14, 15.

2. Approximately a year ago, by stipulation and with the consent of Pretrial Services, the parties requested and the Court granted a modification of Mr. Edwards' conditions of release. ECF Nos. 62, 63. Those conditions (ordered at ECF No. 63

but contained at Attachment 1 to ECF No. 62) remain in place.

3. The defense now moves to modify Condition 12 ("Home Detention") and instead replace it with a curfew, enforced by location monitoring. Specifically:

- The defense moves to delete current special condition 12 ("Home Detention");
- The defense moves to add a modified special condition 12 ("Curfew"), which requires Mr. Edwards to remain within his home daily between the hours of 7:00 p.m. and 12:00 p.m. (which would allow him to leave his home daily from 12:01 p.m. to 6:59 p.m. to handle his therapy appointments and other approved tasks).

4. The government does not object to the above change.

5. Pretrial Services does not object to the above change.

6. Therefore, the defense respectfully moves this Honorable Court to adopt the attached "Second Amended Special Conditions of Release," which incorporates the above-outlined changes, but leaves all other conditions as previously set.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 7, 2023        /s/ Christina Sinha
                              CHRISTINA SINHA
                              Assistant Federal Defender
                              Attorneys for Defendant
                              DOUGLAS GREGORY EDWARDS

Date: November 7, 2023        PHILLIP A. TALBERT
                              United States Attorney

                              /s/ Samuel Stefanki
                              SAMUEL STEFANKI
                              Assistant United States Attorney
                              Attorneys for Plaintiff

Stipulation and Order to
Amend Conditions of Release                   -2-                   *United States v. Douglas Edwards*,
                                                                    2:20-CR-218-DAD

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  November 8, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE