1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  CHRISTINA SINHA, SBN 278893
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   DOUGLAS GREGORY EDWARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-218-DAD |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING AND MODIFICATION OF PRESENTENCE SCHEDULE** |
| vs. | |
| DOUGLAS GREGORY EDWARDS, | ) Date: February 13, 2024 |
| | ) Time: 9:30 A.M. |
| Defendant. | ) Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Samuel Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Edwards, that the presentence report disclosure schedule and judgment and sentencing date may be continued as follows:

The parties specifically stipulate as follows:

1. The assigned probation officer informed the parties that, due to some unexpected medical leave, the officer would not be able to issue the draft presentence report on the current schedule.

2. After conferring with each other and probation, the parties now stipulate to the following presentence report disclosure schedule and sentencing date, which they respectfully request the Court to adopt:

- Draft presentence report: March 05, 2024
- Informal objections: March 19, 2024
- Presentence report: March 26, 2024
- Formal objections: April 02, 2024
- Replies and sentencing memoranda: April 09, 2024
- **Judgment and sentencing hearing: April 16, 2024, at 9:30 a.m.**

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 6, 2024

*/s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
DOUGLAS GREGORY EDWARDS

Date: February 6, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Samuel Stefanki*
SAMUEL STEFANKI
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The sentencing hearing previously scheduled for February 13, 2024 is continued to April 16, 2024 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **February 7, 2024**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE