HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
DOUGLAS GREGORY EDWARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS GREGORY EDWARDS,<br><br>Defendant. | ) Case No.  2:20-CR-218-DAD<br>)<br>) **STIPULATION AND ORDER TO MODIFY**<br>) **PRESENTENCE SCHEDULE AND**<br>) **SENTENCING**<br>)<br>) Date:   April 16, 2024<br>) Time:  9:30 A.M.<br>) Judge: Hon. Dale A. Drozd<br>) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney

Phillip A. Talbert, through Assistant United States Attorney Samuel Stefanki, counsel for

Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina

Sinha, counsel for Mr. Edwards, that the presentence report disclosure schedule and judgment

and sentencing date may be continued as follows:

The parties specifically stipulate as follows:

1. The draft presentence report in this matter issued on March 18, 2024.  *See* ECF

No. 81.

2. After conferring with one another and probation, the parties now stipulate to the

following presentence report disclosure schedule and sentencing date.  The parties

respectfully request the Court to adopt the following schedule:

 ▪ Informal objections: April 09, 2024

Stipulation and Order to Modify PSR
Schedule and J&S  -1-  *United States v. Douglas Edwards*,
2:20-CR-218-DAD

1                 ▪  Presentence report: April 16, 2024

2                 ▪  Formal objections: April 23, 2024

3                 ▪  Replies and sentencing memoranda: April 30, 2024

4                 ▪  **Judgment and sentencing hearing: May 06, 2024 at 9:30 a.m. (specially**

5                   **set date)**

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 25, 2024       */s/  Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
DOUGLAS GREGORY EDWARDS

Date: March 25, 2024       PHILLIP A. TALBERT
United States Attorney

*/s/ Samuel Stefanki*
SAMUEL STEFANKI
Assistant United States Attorney
Attorneys for Plaintiff

1

**<u>O R D E R</u>**

2          The Court, having received and considered the parties' stipulation, and good cause

3   appearing therefrom, adopts the parties' stipulation.  The sentencing hearing previously

4   scheduled for April 16, 2024 is continued to May 6, 2024 at 9:30 a.m.  The court will be

5   reluctant to continue the sentencing hearing set by this order absent a compelling showing of

6   good cause.

7

8          IT IS SO ORDERED.

9   Dated:   **March 25, 2024**                                     _____

10                                                                         DALE A. DROZD
                                                                           UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28