HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
DOUGLAS GREGORY EDWARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-218-DAD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO MODIFY SENTENCING DATE** |
| vs. | ) |
| DOUGLAS GREGORY EDWARDS, | ) Date: June 17, 2024<br>) Time: 9:30 A.M.<br>) Judge: Hon. Dale A. Drozd |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Samuel Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Edwards, that the sentencing memoranda filing date and judgment and sentencing date may be continued as follows:

- The parties' sentencing memoranda shall be filed on or before June 19, 2024;
- The judgment and sentencing hearing may be continued to **June 25, 2024 at 9:30 a.m.** (regular calendar).

The parties respectfully request the Court to adopt the above scheduling changes.

*Remainder of page intentionally blank. Signature blocks immediately follow.*

|     |                      |                                                                 |
| --- | -------------------- | --------------------------------------------------------------- |
| 1   |                      | Respectfully submitted,                                         |
| 2   |                      | HEATHER E. WILLIAMS<br>Federal Defender                         |
| 3   | Date: June 10, 2024  | */s/ Christina Sinha*                                           |
| 4   |                      | CHRISTINA SINHA<br>Assistant Federal Defender                   |
| 5   |                      | Attorneys for Defendant<br>DOUGLAS GREGORY EDWARDS              |
| 8   | Date: June 10, 2024  | PHILLIP A. TALBERT<br>United States Attorney                    |
| 10  |                      | */s/ Samuel Stefanki*<br>SAMUEL STEFANKI                        |
| 11  |                      | Assistant United States Attorney<br>Attorneys for Plaintiff     |

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: **June 10, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE