UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
August 4, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS GREGORY EDWARDS,<br><br>Defendant. | Case No. 2:20-cr-00218-DAD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DOUGLAS GREGORY EDWARDS</u>,

Case No. <u>2:20-cr-00218-DAD</u>, Charge <u>18 U.S.C. § 3606</u>, from custody for the following reasons:

| | |
|---|---|
| x | Release on Personal Recognizance |
| | Bail Posted in the Sum of $ |
| | Unsecured Appearance Bond $ |
| | Appearance Bond with 10% Deposit |
| | Appearance Bond with Surety |
| | Corporate Surety Bail Bond |
| x | (Other): <u>Defendant is released forthwith and shall not have access to a cellular device unless authorized by the probation officer, pending the revocation hearing on August 18, 2025.</u> |

Issued at Sacramento, California on August 4, 2025, at 2:47 PM.

By: /s/ Sean Riordan

Magistrate Judge Sean C. Riordan