CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for DOUGLAS GREGORY EDWARDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>DOUGLAS GREGORY EDWARDS,<br><br>        Defendant. | Case No.: 2:20-cr-218 DAD<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING DISPOSITION HEARING<br><br>DATE:  December 8, 2025<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

     IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Samuel Stefanki, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Douglas Gregory Edwards, that this matter currently scheduled for a dispositional hearing on December 8, 2025, at 9:30 a.m., be vacated and continued to this court's criminal calendar on December 29, 2025, at 9:30 a.m. Defense counsel requires additional time to confer with Mr. Edwards.

//
//
//
//
//
//

12/05/25

| | | | |
|---|---|---|---|
| DATED: | December 5, 2025 | /S/ | Samuel Stefanki |

ERIC GRANT
by SAMUEL STEFANKI
Attorney for Plaintiff

| | | | |
|---|---|---|---|
| DATED: | December 5, 2025 | /S/ | Clemente M. Jiménez |

CLEMENTE M. JIMÉNEZ
Attorney for Douglas Gregory Edwards

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the currently scheduled disposition hearing in the above-entitled matter is vacated and re-scheduled for December 29, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **December 5, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

12/05/25