CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Douglas Gregory Edwards II

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. 2:20-cr-218 DAD |
| Plaintiff, | REQUEST TO WITHDRAW AS ATTORNEY OF RECORD |
| vs. | |
| DOUGLAS GREGORY EDWARDS II, | |
| Defendant. | |

Defense counsel, Clemente M. Jiménez, hereby moves to withdraw as counsel of record for defendant DOUGLAS GREGORY EDWARDS II.

On October 8, 2025, undersigned counsel was appointed to represent Mr. Edwards in connection with a petition for violation of probation dated October 2, 2025.

On December 29, 2025, Mr. Edwards was sentenced on that matter.

Undersigned defense counsel having concluded representation through sentencing now requests to be relieved as counsel of record.

DATED:      February 5, 2026

/s/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Douglas Gregory Edwards II

- 1 -

- 2 -

## ORDER

The motion of attorney Clemente M. Jiménez to be relieved as attorney of record for DOUGLAS GREGORY EDWARDS II is granted.

IT IS SO ORDERED.

Dated:    **February 6, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE